JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br><br>Plaintiff,<br><br>v.<br><br>SEPULVEDA-VICTORY ASSOCIATES, a Partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02829-AB-PVC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal filed by Plaintiff Anthony Bouyer ("Plaintiff") and Sepulveda-Victory Associates ("Defendant"), the Court hereby DISMISSES WITH PREJUDICE Plaintiff's entire Complaint. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 07, 2020

_____
UNITED STATES DISTRICT JUDGE

1